■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH J. SORCE, Appellant. [651 NYS2d 887] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 24, 1995 *(People v Sorce,* 214 AD2d 756), affirming a judgment of the County Court, Nassau County, rendered October 18, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Miller, J. P., O'Brien, Santucci and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS SPENCER, Appellant. [651 NYS2d 883] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered April 24, 1995, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.